### UNITED STATES JUDICIAL PANEL
### on
### MULTIDISTRICT LITIGATION

**VERCY, LLC, TELEPHONE CONSUMER
PROTECTION ACT (TCPA) LITIGATION**                    MDL No. 3049

### ORDER DEEMING MOTION MOOT
### AND VACATING THE DECEMBER 1, 2022, HEARING SESSION ORDER

Before the Panel is a motion filed by defendant Vercy, LLC, seeking centralization of the actions on the attached schedule, pursuant to 28 U.S.C. § 1407, in the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings. The Panel has now been advised that, pursuant to a motion to dismiss, the Western District of Texas action was dismissed with prejudice by the Honorable David Briones in an order filed on October 12, 2022, thus depriving this litigation of its multidistrict character.

IT IS THEREFORE ORDERED that the motion filed by defendant Vercy, LLC, for transfer under 28 U.S.C. § 1407 is DEEMED MOOT.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on October 13, 2022, are VACATED insofar as they relate to this matter.

FOR THE PANEL:

_____
John W. Nichols
Clerk of the Panel

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**


**VERCY, LLC, TELEPHONE CONSUMER**
**PROTECTION ACT (TCPA) LITIGATION**                                   MDL No. 3049


**SCHEDULE A**


| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|----------|----------|-------------|------------------|
| ARKANSAS EASTERN | | | |
| ARE | 3 | 22–00047 | Johnson–Gruver v. Vercy LLC |
| TEXAS WESTERN | | | |
| TXW | 3 | 22–00224 | Salaiz v. Vercy L.L.C. et al |